UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SUSAN LUKANS,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CASCADE EYE ASSOCIATES, P.S., *et al.*,<br><br>Defendants. | Case No. C17-1778RSL<br><br>ORDER<br><br>**FILED UNDER SEAL** |

This matter comes before the Court on plaintiff's "Motion to File Complaint *In Camera* and to Place Complaint Under Seal." Dkt. # 2. The False Claims Act, 31 U.S.C. § 3730(b)(2), provides that relator actions brought under the Act "shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders."

Plaintiff's motion is GRANTED.

DATED this 1st day of December, 2017.

Robert S. Lasnik
United States District Judge

ORDER - 1