District Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Susan Lukens,<br><br>                              Plaintiff,<br><br>                    v.<br><br>NORTH CASCADE EYE ASSOCIATES, P.S., a Washington Professional Services corporation, also known as "CASCADIA EYE", EYE ASSOCIATES SURGERY CENTER, INC., a Washington Corporation, NANNETTE CROWELL and JOHN DOE CROWELL, Washington Residents, and the CROWELL marital community, C. DAN SIAPCO and WENDY KAY SIAPCO, Washington Residents, and the SIAPCO marital community,<br><br>                              Defendants. | CASE NO.  17-cv-<s>1778</s>-RSL  *1778*<br><br>**FILED UNDER SEAL**<br><br><s>PROPOSED</s> ORDER |

    The United States has filed an *ex parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, or until July 26, 2018, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       Accordingly, it is hereby ORDERED that the United States shall have until July 26, 2018, to

2  notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall

3  maintain the Complaint and other filings under seal for the duration of the government's

4  investigation.

5

6      DATED this ___23rd___ day of ___January___, 2018.

7

8                             ROBERT S. LASNIK

                              United States District Judge

9

10  Presented by:

11

12  POOJA FALDU DAVÉ, NY Bar #5011804

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970