# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SUSAN LUKENS,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CASCADE EYE ASSOCIATES, P.S., *et al.*,<br><br>Defendants. | Case No. C17-1778RSL<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on plaintiff's motion for voluntary dismissal. Dkt. # 7. This is a *qui tam* action under the False Claims Act, 31 U.S.C. § 3729 *et seq.* Plaintiff moved to dismiss, Dkt. # 7, and the government consents, Dkt. # 8; see 31 U.S.C. § 3730(b)(1).

Plaintiff's motion, Dkt. # 7, is GRANTED. All of the claims set forth in the Complaint are hereby DISMISSED against all defendants without prejudice to the relator or to the United States. The Complaint, this Order, and all other papers on file in this action shall be unsealed.

DATED this 27th day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1